# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-10-00733-CR

**Daniel Maldonado, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF CALDWELL COUNTY, 421ST JUDICIAL DISTRICT
### NO. 2004-203, HONORABLE TODD A. BLOMERTH, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellant's brief was due in this Court on January 3, 2011. On February 3, we notified appellant's counsel that appellant's brief was overdue and that if we did not receive a satisfactory response from counsel on or before February 14, 2011, a hearing before the district court pursuant to Tex. R. App. P. 38.8(b) would be ordered. To date, appellant's brief has not been filed, nor have we received a response from counsel.

We therefore abate the cause and remand it to the district court to hold a hearing in accordance with rule 38.8 of the rules of appellate procedure. Tex. R. App. P. 38.8(b)(2), (3). The district court shall hold a hearing immediately to determine whether appellant still wishes to prosecute his appeal, whether appellant is indigent, and whether counsel has abandoned the appeal. *See id*. If appellant desires to appeal and is indigent, the district court should make appropriate orders to ensure that appellant is adequately represented on appeal. *See id*. Following the hearing,

the district court should order the appropriate supplementary clerk's and reporter's records to be prepared and forwarded to this Court no later than May 6, 2011. *See id*.

Before Justices Puryear, Pemberton and Rose

Abated

Filed: April 6, 2011

Do Not Publish